UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRENDON LEE LANDS (#448561)

VERSUS

DR. TOLLIVER, ET AL

CIVIL ACTION

NO. 11-621-BAJ-DLD

**RULING**

The Court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated October 5, 2011 (doc. 6). Plaintiff has filed an objection (doc. 7) which the Court has considered.

The Court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein.

Accordingly, plaintiff's Complaint is dismissed as legally frivolous pursuant to 28 U.S.C. § 1915, and this action is dismissed, without prejudice to any state law claims which the plaintiff may have.

Baton Rouge, Louisiana, October 31, 2011.

*[signature]*

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA